AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

**FILED**

BY:   ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**NOV 19 2014**

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**RICHARD W. WIEKING**
**CLERK, U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

── OFFENSE CHARGED ──

Count One: 15 U.S.C. §1 - Bid Rigging (Counts 1, 4 & 7)
Count Two: 18 U.S.C. §1341 - Mail Fraud (Counts 2,3, 5, 6, 8, 9 & 10)
18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) - Forfeiture

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
   See attachment

── DEFENDANT - U.S ──

▶ JOHN SHIELLS

**JST**

DISTRICT COURT NUMBER

**CR 14 581**

── DEFENDANT ──

── PROCEEDING ──

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form  E. Kate Patchen, Dept. of Justice
   ☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

── IS NOT IN CUSTODY ──

1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

── IS IN CUSTODY ──

4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
                          ☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

── ADDITIONAL INFORMATION OR COMMENTS ──

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT      Bail Amount:

If Summons, complete following:
☒ Arraignment   ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Unknown

Date/Time: 12/8/2014; 9:30 a.m.   Before Judge: Kandis A. Westmore

Comments:

PENALTY SHEET

Individual:     **John Shiells**

15 U.S.C. § 1 – Bid Rigging (Counts One, Four & Sev~~**CR   14   581**~~
Maximum Penalties:
1.     A term of imprisonment of 10 years
2.     A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.     A period of supervised release of not more than 3 years
4.     $100 special assessment per count ($300)
5.     Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Two, Three, Five, Six, Eight, Nine, & Ten)
Maximum Penalties:
1.     A term of imprisonment of 20 years
2.     A fine of $1 million
3.     A period of supervised release of not more than 5 years
4.     $100 special assessment per count ($700)
5.     Restitution

**FILED**

NOV 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture
        Any property constituting, or derived from, proceeds obtained directly or
        indirectly from the scheme and artifice to defraud alleged in said Counts

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

**— OFFENSE CHARGED —**

Count One: 15 U.S.C. §1 - Bid Rigging (Counts 1, 4 & 7)
Count Two: 18 U.S.C. §1341 - Mail Fraud (Counts 2, 3, 5, 6, 8, 9 & 10)
18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) - Forfeiture

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:        See attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**— DEFENDANT - U.S**

▶ MIGUEL DE SANZ

*JST*

DISTRICT COURT NUMBER

**CR  14  581**

**— DEFENDANT —**

**— PROCEEDING —**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}

Name and Office of Person Furnishing Information on this form   E. Kate Patchen, Dept. of Justice

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)

**IS NOT IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**
NOV 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed

**DATE OF ARREST** ▶        Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶        Month/Day/Year

☐ This report amends AO 257 previously submitted

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT        Bail Amount:

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance

Defendant Address:

Unknown

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: 12/8/2014; 9:30 a.m.     Before Judge: Kandis A. Westmore

Comments:

PENALTY SHEET

Individual:   **Miguel De Sanz**        **CR  14  581**

15 U.S.C. § 1 – Bid Rigging (Counts One, Four & Seven)
<u>Maximum Penalties:</u>                                    **JST**
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($300)
5.      Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Two, Three, Five, Six, Eight, Nine, & Ten)
<u>Maximum Penalties:</u>
1.      A term of imprisonment of 20 years
2.      A fine of $1 million                              **FILED**
3.      A period of supervised release of not more than 5 years
4.      $100 special assessment per count ($700)          NOV 1 9 2014
5.      Restitution
                                                          RICHARD W. WIEKING
                                                          CLERK, U.S. DISTRICT COURT
18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture    NORTHERN DISTRICT OF CALIFORNIA
        Any property constituting, or derived from, proceeds obtained directly or
        indirectly from the scheme and artifice to defraud alleged in said Counts



# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: OAKLAND

---

### UNITED STATES OF AMERICA,

# CR  14  581JST

### JOHN SHIELLS,

**FILED**

NOV 1 9 2014

### DEFENDANT(S).

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

## INDICTMENT

Title 15 U.S.C. § 1 (Bid Rigging) (Counts One, Four and Seven)
Title 18 U.S.C. § 1341 (Mail Fraud) (Counts Two, Three, Five, Six, Eight, Nine & Ten)
Title 18 U.S.C. § 981(a)(1)(C) and Title 28 U.S.C. § 2461(c) (Forfeiture)

A true bill.

_____ Foreman

Filed in open court this ___19th___ day of

__November__

Ada Means

Bail, $ _____

Jacqueline Scott Corley
United States Magistrate Judge

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

v.

## CR    14    581

## JST

MIGUEL DE SANZ,

**FILED**

NOV 1 9 2014

DEFENDANT(S).

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

# INDICTMENT

Title 15 U.S.C. § 1 (Bid Rigging) (Counts One, Four and Seven)
Title 18 U.S.C. § 1341 (Mail Fraud) (Counts Two, Three, Five, Six, Eight; Nine & Ten)
Title 18 U.S.C. § 981(a)(1)(C) and Title 28 U.S.C. § 2461(c) (Forfeiture)

A true bill.

_____ Foreman

Filed in open court this _19th_ day of

_November_

_____ Clerk
Ada Means

Bail, $ _____

Jacqueline Scott Corley
United States Magistrate Judge

1   E. KATE PATCHEN (NYRN 4104634)
    DAVID J. WARD (CSBN 239504)
2   ALBERT B. SAMBAT (CSBN 236472)
    MANISH KUMAR (CSBN 269493)
3   U.S. Department of Justice
    Antitrust Division
4   450 Golden Gate Avenue
    Box 36046, Room 10-0101
5   San Francisco, CA 94102
    Telephone: (415) 934-5300
6   kate.patchen@usdoj.gov
7
8   Attorneys for the United States

**FILED**

NOV 19 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JST**

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION    **CR 14   581**

13

14   UNITED STATES OF AMERICA          )  No.
                                       )
15              v.                     )
                                       )  VIOLATIONS: 15 U.S.C. § 1 –
16                                     )  Bid Rigging (Counts One, Four &
     JOHN SHIELLS, and                 )  Seven); 18 U.S.C. § 1341 – Mail Fraud
17   MIGUEL DE SANZ,                   )  (Counts Two, Three, Five, Six, Eight,
                                       )  Nine, & Ten); 18 U.S.C. § 981(a)(1)(C),
18              Defendants.            )  28 U.S.C. § 2461(c) – Forfeiture
                                       )
19                                     )
                                       )
20   _____)

21

22              I N D I C T M E N T

23   The Grand Jury charges that:

24              BACKGROUND

25       1.     At all times relevant to this Indictment, when California homeowners defaulted on

26   their mortgages, mortgage holders could institute foreclosure proceedings and sell the properties

27   through non-judicial public real estate foreclosure auctions ("public auctions"). These public

28   auctions were governed by California Civil Code, Section 2924, *et seq.* Typically, a trustee was

                                              1

INDICTMENT

appointed to oversee the public auctions. These public auctions usually took place at or near the courthouse of the county in which the properties were located. The auctioneer, acting on behalf of the trustee, sold the property to the bidder offering the highest purchase price. Proceeds from the sale were then used to pay the mortgage holders, other holders of debt secured by the property, and, in some cases, the defaulting homeowner (collectively "beneficiaries").

2. During the period covered by this Indictment, defendant JOHN SHIELLS was a bidder at and purchased real estate at public auctions in Alameda, Contra Costa, and San Francisco counties, California.

3. During the period covered by this Indictment, defendant MIGUEL DE SANZ was a bidder at and purchased real estate at public auctions in Alameda, Contra Costa, and San Francisco counties, California.

**COUNT ONE: 15 U.S.C. § 1 – Bid Rigging (Alameda County)**

4. The following individuals are hereby indicted and made defendants on the charge contained in Count One below:

      a.    JOHN SHIELLS; and

      b.    MIGUEL DE SANZ.

THE COMBINATION AND CONSPIRACY

5. Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated herein as if fully set forth in this Count.

6. Beginning as early as June 2007 and continuing until in or about January 2011, the exact dates being unknown to the Grand Jury, the defendants, JOHN SHIELLS and MIGUEL DE SANZ, and others known and unknown to the Grand Jury, entered into and engaged in a combination and conspiracy to suppress and restrain competition by rigging bids to obtain hundreds of selected properties offered at public auctions in Alameda County in the Northern District of California, in unreasonable restraint of interstate trade and commerce, in violation of Section 1 of the Sherman Act, Title 15, United States Code.

7. The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendants and co-conspirators to suppress

2

INDICTMENT

competition by refraining from and stopping bidding against each other to purchase hundreds of selected properties at public auctions in Alameda County at non-competitive prices.

MEANS AND METHODS

8.     For the purpose of forming and carrying out the charged combination and conspiracy, the defendants and co-conspirators did those things that they combined and conspired to do, including, among other things:

a.     agreeing not to compete to purchase selected properties at public auctions;

b.     designating which conspirators would win selected properties at public auctions;

c.     refraining from and stopping bidding for selected properties at public auctions;

d.     purchasing selected properties at public auctions at artificially suppressed prices;

e.     negotiating, making, and receiving payoffs for agreeing not to compete with co-conspirators; and

f.     holding second, private auctions, known as "rounds," to determine the payoff amounts and the conspirators who would be awarded the selected properties.

9.     Various entities and individuals, not made defendants in this Count, participated as co-conspirators in the offense charged and performed acts and made statements in furtherance thereof.

TRADE AND COMMERCE

10.     The public auctions and the business activities of the defendants and co-conspirators that are the subject of this Count were within the continuous and uninterrupted flow of, and substantially affected, interstate trade and commerce. For example, during the period covered by this Count:

//

//

3

INDICTMENT

1          a.     substantial proceeds from the sale of properties purchased by the

2                    conspirators pursuant to the bid-rigging conspiracy were transmitted from

3                    locations in one state to certain beneficiaries located in other states;

4          b.     instructions regarding the terms of sale of properties that would be

5                    purchased by the conspirators pursuant to the bid-rigging conspiracy were

6                    transmitted and communicated by certain beneficiaries located in one state

7                    to trustees located in other states;

8          c.     paperwork related to the sale of properties purchased by the conspirators

9                    pursuant to the bid-rigging conspiracy was sent by trustees located in one

10                  state to certain beneficiaries located in other states, notifying them of the

11                  sale of properties in which the beneficiaries held an interest; and

12          d.     beneficiaries included companies that operated in interstate commerce.

13                   JURISDICTION AND VENUE

14       11.    The combination and conspiracy charged in this Count was carried out, in part, in

15 the Northern District of California, within the five years preceding the return of this Indictment.

16          ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

17 **COUNTS TWO AND THREE: Mail Fraud 18 U.S.C. § 1341 (Alameda County)**

18       The Grand Jury further charges that:

19                     SCHEME TO DEFRAUD

20       12.    Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated herein

21 as if fully set forth in these Counts.

22       13.    Beginning as early as June 2007 and continuing until in or about January 2011,

23 the exact dates being unknown to the Grand Jury, in Alameda County in the Northern District of

24 California, the defendants, JOHN SHIELLS and MIGUEL DE SANZ, and others known and

25 unknown to the Grand Jury, did knowingly and with intent to defraud, devise and participate in a

26 scheme and artifice to defraud beneficiaries and to obtain money and property from beneficiaries

27 by means of materially false and fraudulent pretenses, representations, and promises, and, for

28 //

                                            4

INDICTMENT

1  purposes of executing such scheme, did use and knowingly cause to be used the United States

2  mail and private or commercial interstate carriers.

3        14.     The purpose of the scheme was to fraudulently acquire title to hundreds of

4  selected properties sold at public auctions in Alameda County and to divert money to co-

5  schemers that would have gone to beneficiaries.

6                     MEANS AND METHODS OF THE SCHEME TO DEFRAUD

7        15.     For the purpose of forming and carrying out the charged scheme to defraud, the

8  defendants and co-schemers did those things that they schemed to do, including, among other

9  things:

10             a.     holding second, private auctions, known as "rounds," to determine payoff

11                    amounts and the schemers who would be awarded the selected properties;

12             b.     making and causing to be made materially false and misleading statements

13                    that trustees relied upon to distribute proceeds to beneficiaries and to

14                    convey title to selected properties;

15             c.     paying co-schemers monies that otherwise would have gone to

16                    beneficiaries;

17             d.     concealing rounds and payoffs from trustees and beneficiaries; and

18             e.     causing the suppressed purchase prices to be reported and paid to

19                    beneficiaries.

20                                USE OF THE MAILS

21        16.     In order to execute the scheme and artifice to defraud, the defendants and co-

22  schemers knowingly used and caused to be used the United States Postal Service and private or

23  commercial interstate carriers.

24        17.     On or about the dates and with respect to the individual defendants specified as to

25  each count set forth below, the defendants and co-schemers did knowingly cause to be delivered

26  by United States mail and private or commercial carriers, including the United States Postal

27  Service, United Parcel Service, and FedEx, the items identified in each Count below:

28  //

5

INDICTMENT

| Count | Defendants | Approx. Date | To | From | Description |
|---|---|---|---|---|---|
| 2 | JOHN SHIELLS, MIGUEL DE SANZ | 5/17/2010 | 3075 Prospect Park, Ste. 100, Rancho Cordova, California | Lender Processing Services, Inc. | Purchase Money and Auction Paperwork for 499 Estudillo Avenue, #104, San Leandro, California |
| 3 | JOHN SHIELLS, MIGUEL DE SANZ | 6/2/2010 | 22538 Mission Blvd., Hayward, California | California Reconveyance Company | Trustee's Deed Upon Sale for 1007 41st Street, #323, Emeryville, California |

### JURISDICTION AND VENUE

18.     The scheme and artifice to defraud charged in these Counts was carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1341.

**COUNT FOUR: 15 U.S.C. § 1 – Bid Rigging (Contra Costa County)**

19.     The following individuals are hereby indicted and made defendants on the charge contained in Count Four below:

        a.     JOHN SHIELLS; and

        b.     MIGUEL DE SANZ.

### THE COMBINATION AND CONSPIRACY

20.     Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated herein as if fully set forth in this Count.

21.     Beginning as early as July 2008 and continuing until in or about January 2011, the exact dates being unknown to the Grand Jury, the defendants, JOHN SHIELLS and MIGUEL DE SANZ, and others known and unknown to the Grand Jury, entered into and engaged in a combination and conspiracy to suppress and restrain competition by rigging bids to obtain hundreds of selected properties offered at public auctions in Contra Costa County in the Northern District of California, in unreasonable restraint of interstate trade and commerce, in violation of Section 1 of the Sherman Act, Title 15, United States Code.

6

INDICTMENT

1    22.    The charged combination and conspiracy consisted of a continuing agreement,

2    understanding, and concert of action among the defendants and co-conspirators to suppress

3    competition by refraining from and stopping bidding against each other to purchase hundreds of

4    selected properties at public auctions in Contra Costa County at non-competitive prices.

5                                    MEANS AND METHODS

6    23.    For the purpose of forming and carrying out the charged combination and

7    conspiracy, the defendants and co-conspirators did those things that they combined and

8    conspired to do, including, among other things:

9         a.    agreeing not to compete to purchase selected properties at public auctions;

10        b.    designating which conspirators would win selected properties at public

11              auctions;

12        c.    refraining from and stopping bidding for selected properties at public

13              auctions;

14        d.    purchasing selected properties at public auctions at artificially suppressed

15              prices;

16        e.    negotiating, making, and receiving payoffs for agreeing not to compete

17              with co-conspirators; and

18        f.    holding second, private auctions, known as "rounds," to determine the

19              payoff amounts and the conspirators who would be awarded the selected

20              properties.

21   24.    Various entities and individuals, not made defendants in this Count, participated

22   as co-conspirators in the offense charged and performed acts and made statements in furtherance

23   thereof.

24                                   TRADE AND COMMERCE

25   25.    The public auctions and the business activities of the defendants and co-

26   conspirators that are the subject of this Count were within the continuous and uninterrupted flow

27   of, and substantially affected, interstate trade and commerce. For example, during the period

28   covered by this Count:

7

INDICTMENT

a.   substantial proceeds from the sale of properties purchased by the
conspirators pursuant to the bid-rigging conspiracy were transmitted from
locations in one state to certain beneficiaries located in other states;

b.   instructions regarding the terms of sale of properties that would be
purchased by the conspirators pursuant to the bid-rigging conspiracy were
transmitted and communicated by certain beneficiaries located in one state
to trustees located in other states;

c.   paperwork related to the sale of properties purchased by the conspirators
pursuant to the bid-rigging conspiracy was sent by trustees located in one
state to certain beneficiaries located in other states, notifying them of the
sale of properties in which the beneficiaries held an interest; and

d.   beneficiaries included companies that operated in interstate commerce.

JURISDICTION AND VENUE

26.   The combination and conspiracy charged in this Count was carried out, in part, in
the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

**COUNTS FIVE AND SIX: 18 U.S.C. § 1341 Mail Fraud (Contra Costa County)**

The Grand Jury further charges that:

SCHEME TO DEFRAUD

27.   Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated herein
as if fully set forth in these Counts.

28.   Beginning as early as July 2008 and continuing until in or about January 2011, the
exact dates being unknown to the Grand Jury, in Contra Costa County in the Northern District of
California, the defendants, JOHN SHIELLS and MIGUEL DE SANZ, and others known and
unknown to the Grand Jury, did knowingly and with intent to defraud, devise and participate in a
scheme and artifice to defraud beneficiaries and to obtain money and property from beneficiaries
by means of materially false and fraudulent pretenses, representations, and promises, and, for
//

8

INDICTMENT

1   purposes of executing such scheme, did use and knowingly cause to be used the United States

2   mail and private or commercial interstate carriers.

3       29.    The purpose of the scheme was to fraudulently acquire title to hundreds of

4   selected properties sold at public auctions in Contra Costa County and to divert money to co-

5   schemers that would have gone to beneficiaries.

6   MEANS AND METHODS OF THE SCHEME TO DEFRAUD

7       30.    For the purpose of forming and carrying out the charged scheme to defraud, the

8   defendants and co-schemers did those things that they schemed to do, including, among other

9   things:

10              a.    holding second, private auctions, known as "rounds," to determine payoff

11                   amounts and the schemers who would be awarded the selected properties;

12              b.    making and causing to be made materially false and misleading statements

13                   that trustees relied upon to distribute proceeds to beneficiaries and to

14                   convey title to selected properties;

15              c.    paying co-schemers monies that otherwise would have gone to

16                   beneficiaries;

17              d.    concealing rounds and payoffs from trustees and beneficiaries; and

18              e.    causing the suppressed purchase prices to be reported and paid to

19                   beneficiaries.

20   USE OF THE MAILS

21       31.    In order to execute the scheme and artifice to defraud, the defendants and co-

22   schemers knowingly used and caused to be used the United States Postal Service and private or

23   commercial interstate carriers.

24       32.    On or about the dates and with respect to the individual defendants specified as to

25   each count set forth below, the defendants and co-schemers did knowingly cause to be delivered

26   by United States mail and private or commercial carriers, including the United States Postal

27   Service, United Parcel Service, and FedEx, the items identified in each Count below:

28   //

9

INDICTMENT

| Count | Defendants | Approx. Date | To | From | Description |
|---|---|---|---|---|---|
| 5 | JOHN SHIELLS, MIGUEL DE SANZ | 11/30/2009 | 22538 Mission Blvd., Hayward, California | NDEX West, L.L.C. | Trustee's Deed Upon Sale for 121 Poplar Court, Hercules, California |
| 6 | JOHN SHIELLS, MIGUEL DE SANZ | 12/22/2009 | 22538 Mission Blvd., Hayward, California | California Reconveyance Company | Trustee's Deed Upon Sale for 2472 Millstream Lane, San Ramon, California |

JURISDICTION AND VENUE

33.   The scheme and artifice to defraud charged in these Counts was carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1341.

**COUNT SEVEN: 15 U.S.C. § 1 – Bid Rigging (San Francisco County)**

The Grand Jury further charges that:

34.   The following individuals are hereby indicted and made defendants on the charges stated in Count Seven below:

   a.   JOHN SHIELLS; and

   b.   MIGUEL DE SANZ.

THE COMBINATION AND CONSPIRACY

35.   Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated herein as if fully set forth in this Count.

36.   Beginning as early as November 2008 and continuing until in or about January 2011, the exact dates being unknown to the Grand Jury, the defendants, JOHN SHIELLS and MIGUEL DE SANZ, and others known and unknown to the Grand Jury, entered into and engaged in a combination and conspiracy to suppress and restrain competition by rigging bids to obtain dozens of selected properties offered at public auctions in San Francisco County in the

10

INDICTMENT

1   Northern District of California, in unreasonable restraint of interstate trade and commerce, in

2   violation of Section 1 of the Sherman Act, Title 15, United States Code.

3          37.     The charged combination and conspiracy consisted of a continuing agreement,

4   understanding, and concert of action among the defendants and co-conspirators to suppress

5   competition by refraining from and stopping bidding against each other to purchase dozens of

6   selected properties at public auctions in San Francisco County at non-competitive prices.

7                                   MEANS AND METHODS

8          38.     For the purpose of forming and carrying out the charged combination and

9   conspiracy, the defendants and co-conspirators did those things that they combined and

10  conspired to do, including, among other things:

11              a.      agreeing not to compete or to stop competing to purchase selected

12                      properties at public auctions in returns for payoffs;

13              b.      designating which conspirators would win selected properties at public

14                      auctions;

15              c.      refraining from or stopping bidding for selected properties at public

16                      auctions; and,

17              d.      purchasing selected properties at public auctions at artificially suppressed

18                      prices.

19         39.     Various entities and individuals, not made defendants in this Count, participated

20  as co-conspirators in the offense charged and performed acts and made statements in furtherance

21  thereof.

22                                  TRADE AND COMMERCE

23         40.     The public auctions and the business activities of the defendants and co-

24  conspirators that are the subject of this Count were within the continuous and uninterrupted flow

25  of, and substantially affected, interstate trade and commerce.  For example, during the period

26  covered by this Count:

27  //

28  //

11

INDICTMENT

1     a. substantial proceeds from the sale of properties purchased by the

2       conspirators pursuant to the bid-rigging conspiracy were transmitted from

3       locations in one state to certain beneficiaries located in other states;

4     b. instructions regarding the terms of sale of properties that would be

5       purchased by the conspirators pursuant to the bid-rigging conspiracy

6       were transmitted and communicated by certain beneficiaries located in one

7       state to trustees located in other states;

8     c. paperwork related to the sale of properties purchased by the conspirators

9       pursuant to the bid-rigging conspiracy was sent by trustees located in one

10      state to certain beneficiaries located in other states, notifying them of the

11      sale of properties in which the beneficiaries held an interest; and

12     d. beneficiaries included companies that operated in interstate commerce.

13         JURISDICTION AND VENUE

14   41. The combination and conspiracy charged in this Count was carried out, in part, in

15 the Northern District of California, within the five years preceding the return of this Indictment.

16   ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

17 **COUNTS EIGHT THROUGH TEN: 18 U.S.C. § 1341 – Mail Fraud (San Francisco**

18 **County)**

19   The Grand Jury further charges that:

20         SCHEME TO DEFRAUD

21   42. Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated herein

22 as if fully set forth in these Counts.

23   43. Beginning as early as November 2008 and continuing until on or about January

24 11, 2011, the exact dates being unknown to the Grand Jury, in San Francisco County in the

25 Northern District of California, the defendants, JOHN SHIELLS and MIGUEL DE SANZ, and

26 others known and unknown to the Grand Jury, did knowingly and with intent to defraud, devise

27 and participate in a scheme and artifice to defraud beneficiaries and to obtain money and

28 property from beneficiaries by means of materially false and fraudulent pretenses,

12

INDICTMENT

representations, and promises, and for purposes of executing such scheme, did use and knowingly cause to be used the United States mail and private or commercial interstate carriers.

44.     The purpose of the scheme was to fraudulently acquire title to dozens of selected properties sold at public auctions in San Francisco County and to divert money to co-schemers that would have gone to beneficiaries.

MEANS AND METHODS OF THE SCHEME TO DEFRAUD

45.     For the purpose of forming and carrying out the charged scheme to defraud, the defendants and co-schemers did those things that they schemed to do, including, among other things:

        a.     paying co-schemers monies that otherwise would have gone to beneficiaries;

        b.     taking steps to conceal the fact that monies were diverted from beneficiaries to co-schemers;

        c.     making and causing to be made materially false and misleading statements that trustees relied upon to distribute proceeds to beneficiaries and to convey title to selected properties; and

        d.     causing the suppressed purchase prices to be reported and paid to beneficiaries.

USE OF THE MAILS

46.     In order to execute the scheme and artifice to defraud, the defendants and co-schemers knowingly used and caused to be used the United States Postal Service and private or commercial interstate carriers.

47.     On or about the dates and with respect to the individual defendants specified as to each count set forth below, the defendants and co-schemers did knowingly cause to be delivered by United States mail and private or commercial carriers, including the United States Postal Service, United Parcel Service, and FedEx, the items identified in each Count below:

//

//

13

INDICTMENT

| Count | Defendants | Approx. Date | To | From | Description |
|-------|-----------|--------------|-----|------|-------------|
| 8 | JOHN SHIELLS, MIGUEL DE SANZ | 1/15/2010 | 22538 Mission Blvd., Hayward, California | California Reconveyance Company | Trustee's Deed Upon Sale for 609 Excelsior Avenue, San Francisco, California |
| 9 | JOHN SHIELLS, MIGUEL DE SANZ | 2/25/2010 | 2300 Bridgeway, Sausalito, California | T.D. Service Company | Trustee's Deed Upon Sale for 842 Peru Street, San Francisco, California |
| 10 | JOHN SHIELLS, MIGUEL DE SANZ | 5/19/2010 | 22538 Mission Blvd., Hayward, California | Regional Trustee Services Corp. | Trustee's Deed Upon Sale for 80 Collingwood Street, #302, San Francisco, California |

## JURISDICTION AND VENUE

48.     The scheme and artifice to defraud charged in these Counts was carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1341.

**FORFEITURE ALLEGATION: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)**

49.     Paragraphs 1 through 3, paragraphs 12 through 18, paragraphs 27 through 33, and paragraphs 42 through 48 are hereby re-alleged as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

50.     Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of the offenses alleged in Counts Two, Three, Five, Six, Eight, Nine, and Ten of this Indictment, each defendant so convicted shall be jointly and severally liable to forfeit to the United States any property constituting, or derived from, proceeds obtained directly or indirectly from the scheme and artifice to defraud alleged in said Counts.

//

INDICTMENT

1    51.    If, as a result of any act or omission of the defendants, any of said property:

2            a.    cannot be located upon the exercise of due diligence;

3            b.    has been transferred or sold to, or deposited with, a third party;

4            c.    has been placed beyond the jurisdiction of the Court;

5            d.    has been substantially diminished in value; or

6            e.    has been commingled with other property that cannot be divided

7                  without difficulty,

8    any and all interest that the defendants have in any other property, up to the value of the property

9    described in Paragraph 50, above, shall be forfeited to the United States pursuant to Title 21,

10   United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

11   2461(c).

12

13   Dated:    _11-19-2014_                        A TRUE BILL.

14

15

16   _____               _____
     Brent Snyder                           FOREPERSON
17   Deputy Assistant Attorney General

18

19

20   _____
     Marvin N. Price                        _____
21   Director of Criminal Enforcement       Marc Siegel
     United States Department of Justice    Chief, San Francisco Office
22   Antitrust Division

23

24

25   _____               _____
     Brian J. Stretch                       E. Kate Patchen, Assistant Chief
26   Attorney for the United States         David J. Ward, Trial Attorney
     Northern District of California        Albert B. Sambat, Trial Attorney
27   Acting Under Authority Conferred       Manish Kumar, Trial Attorney
     by 28 U.S.C. § 515                     United States Department of Justice
28                                          Antitrust Division |

                                  15

INDICTMENT